**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SUSAN SHANKWEILER             :        CIVIL ACTION
                              :
                              :
        v.                    :
                              :
                              :
JO ANNE B. BARNHART           :        NO. 04-2052

**O R D E R**

GENE E. K. PRATTER, J.                                    June 2, 2005

AND NOW, this 2d day of June, 2005, upon consideration of the Plaintiff's Motion for

Summary Judgment (Docket No. 11), the Defendant's Motion for Summary Judgment (Docket

No. 14), and after careful review of the Report and Recommendation of United States Magistrate

Jacob P. Hart (Docket No. 16), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgment is DENIED.

4. The Defendant's Motion for Summary Judgment is GRANTED.

BY THE COURT:

_____
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE